IN RE **Kuechle, Bradley Charles & Kuechle, Amy Linn** _____   Case No. **10-43187** _____
Debtor(s) (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | J | **10.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bremer Bank-Checking #4096**<br>**St. Cloud, MN**<br><br>**Wells Fargo-Checking**<br>**St. Cloud, MN** | J<br><br>J | **0.59**<br><br>**330.59** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household Goods and Furnishings**<br>**Laptop Computer, 2 Desktop computers & monitors, 2 printers** | J<br>J | **1,700.00**<br>**600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Pictures $50**<br>**75 DVDs $375**<br>**50 CDs $20** | J | **445.00** |
| 6. Wearing apparel. | | **Clothing** | J | **400.00** |
| 7. Furs and jewelry. | | **Wedding Bands $2,000**<br>**Rings $200**<br>**2 Watches $20** | J | **2,220.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Bikes $50**<br>**Fishing Equipment $150**<br>**Digital Camera $100**<br>**Hunting Equipment $150**<br>**Ice House $300**<br>**Benali Nova 12 ga. $250**<br>**Crossbow $250** | J | **1,250.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life Insurance Policy through Americo**<br>**Whole Life Insurance Policy through Americo** | W<br>H | **53.00**<br>**50.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE B - PERSONAL PROPERTY
**(Continuation Sheet)**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** **Not part of the bankruptcy estate, listed for disclosure purposes only** | W | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Shares in Deer Lake Resort Association, Inc.** **Debts exceed Assets** **10% interest** **Said amounts not to exceed the available amount left in the 11 U.S.C.§522(d)(5) Exemption.** | J | **unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Audi A4 Manual** **151,000 Miles** **Market Value** | J | **1,500.00** |
| | | **1997 Chevy 1500 Truck** **232,000 Miles** **Market Value** | J | **1,500.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.
Case 10-43187   Doc 11   Filed 08/19/10   Entered 08/19/10 10:53:35   Desc Main
Document   Page 3 of 5

IN RE **Kuechle, Bradley Charles & Kuechle, Amy Linn**                              Case No. **10-43187**
                              Debtor(s)                                                           (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Homemade Trailer** | J | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Dog** | J | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1990 Cub Cadet Riding lawn mower** | J | **500.00** |
| | | **Mitre saw, skil saw, air nailer, garden tools, misc hand tools** | J | **1,000.00** |
| | | | TOTAL | **12,059.18** |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kuechle, Bradley Charles & Kuechle, Amy Linn**                                      Case No. **10-43187**
                                              Debtor(s)                                                          (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1 Timeshare with Vistana Cascades Condominium Association, Inc., Lake Buena Vista, FL**<br>value based upon market value | 11 USC § 522(d)(5) | 1.00 | 1,500.00 |
| **Homestead is located at 16373 Co Rd 2, Watkins, MN 55389**<br>Legal Description: Sect-23, Twp-122, Range-030, 40.00 AC 40.0A P/O NE4SW4 & NW4SE4 COM SW COR NW4SE4-N89D E ALG S LN 130.37' TO W ROW CSAH 2 & POB-NELY ALG ROW 475.97' S88D W 452.17'-N1D W 417.70' N88D E 384.57' TO WLY<br>Stearns County, Minnesota<br>Value based upon 2009 Property tax statement | 11 USC § 522(d)(1) | 1.00 | 178,500.00 |
| **Timeshare with Lagunamar Ocean Resort, Lake Buena Vista, FL**<br>only 1/2 interest, every other year<br>Market value | 11 USC § 522(d)(5) | 1,000.00 | 1,000.00 |
| **Timeshare with Scottsdale Sonoran Villas, Lake Buena Vista, FL**<br>Market Value | 11 USC § 522(d)(5) | 1.00 | 1,500.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | 11 USC § 522(d)(5) | 10.00 | 10.00 |
| **Bremer Bank-Checking #4096**<br>St. Cloud, MN | 11 USC § 522(d)(5) | 0.59 | 0.59 |
| **Wells Fargo-Checking**<br>St. Cloud, MN | 11 USC § 522(d)(5) | 330.59 | 330.59 |
| **Household Goods and Furnishings** | 11 USC § 522(d)(3) | 1,700.00 | 1,700.00 |
| **Laptop Computer, 2 Desktop computers & monitors, 2 printers** | 11 USC § 522(d)(5) | 600.00 | 600.00 |
| **Pictures $50**<br>**75 DVDs $375**<br>**50 CDs $20** | 11 USC § 522(d)(5) | 445.00 | 445.00 |
| **Clothing** | 11 USC § 522(d)(3) | 400.00 | 400.00 |
| **Wedding Bands $2,000**<br>**Rings $200**<br>**2 Watches $20** | 11 USC § 522(d)(4) | 2,220.00 | 2,220.00 |
| **Bikes $50**<br>**Fishing Equipment $150**<br>**Digital Camera $100**<br>**Hunting Equipment $150**<br>**Ice House $300**<br>**Benali Nova 12 ga. $250**<br>**Crossbow $250** | 11 USC § 522(d)(5) | 1,250.00 | 1,250.00 |
| **Whole Life Insurance Policy through Americo** | 11 USC § 522(d)(11)(C) | 53.00 | 53.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kuechle, Bradley Charles & Kuechle, Amy Linn**                Case No. **10-43187**
                    Debtor(s)                                                                    (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Whole Life Insurance Policy through Americo** | 11 USC § 522(d)(11)(C) | 50.00 | 50.00 |
| **401K** **Not part of the bankruptcy estate, listed for disclosure purposes only** | 11 USC § 522(d)(12) | 100% | 0.00 |
| **Shares in Deer Lake Resort Association, Inc.** **Debts exceed Assets** **10% interest** **Said amounts not to exceed the available amount left in the 11 U.S.C.§522(d)(5) Exemption.** | 11 USC § 522(d)(5) | 100% | unknown |
| **1996 Audi A4 Manual** **151,000 Miles** **Market Value** | 11 USC § 522(d)(2) | 1,500.00 | 1,500.00 |
| **1997 Chevy 1500 Truck** **232,000 Miles** **Market Value** | 11 USC § 522(d)(2) | 1,500.00 | 1,500.00 |
| **Homemade Trailer** | 11 USC § 522(d)(5) | 500.00 | 500.00 |
| **1990 Cub Cadet Riding lawn mower** | 11 USC § 522(d)(5) | 500.00 | 500.00 |
| **Mitre saw, skil saw, air nailer, garden tools, misc hand tools** | 11 USC § 522(d)(5) | 1,000.00 | 1,000.00 |