# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Bradley Charles Kuechle
Amy Linn Kuechle,

Debtors.

Bankruptcy No.  10-43187
Chapter 7 Case

_____

## ORDER APPROVING SALE OF PROPERTY FREE AND CLEAR OF LIENS
_____

This matter came before the Court upon motion by the trustee in the above referenced case, seeking approval to sell the Debtor's 10 shares in Deer Lake Resort Association, Inc. free and clear of liens.  Appearances were noted for the record at the time of the hearing.

The Court, having reviewed the file, record and submissions therewith, hereby finds as follows:

1. Proper notice has been given to all parties in interest as listed in Local Rule 9013-3;
2. Debtors own a 10 shares Deer Lake Resort Association, Inc described in the Motion (the "Property").
3. Consummation of the sale pursuant to the terms described in the Motion is in the best interests of the estate.

**NOW, THEREFORE,** on the basis of the above findings of fact and conclusions of law, the Court hereby orders:

A. The trustee is authorized to sell the Debtors' 10 shares of Deer Lake Resort Association, Inc. for $30,000 to Jacob and Stefanie Rothstein and Jerry and Judy Krebs free and clear of all liens, encumbrances, claims and other charges (other than association dues) pursuant to 11 U.S.C. §363(f).

B. The trustee is authorized to execute such documents as may be necessary to effect and consummate the agreement, including but not limited to the documents

attached thereto; and

C.    The trustee is authorized to distribute the sale proceeds as follows:

    1)    To Amy Nathe of Century 21 Realty $2,500 in commission
    2)    To Deer Lake Resort Association prorated association dues
    3)    closing costs associated with the sale, including administration fee

/e/ Nancy C. Dreher
_____

The Honorable Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/08/2011
Lori Vosejpka, Clerk, by KK